**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RAJAT KUMAR ,**

Petitioner,

vs.

**WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,**

Respondent.

______________________________ /

**1:26−CV−07556−JLT−EPG (HC)**

ORDER AUTHORIZING
IN FORMA PAUPERIS STATUS

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis. The petition will be screened in due course.

SO ORDERED.

DATED: 9/18/26

/s/ Erica P. Grosjean
United States Magistrate Judge